
RECEIVED
CHARLOTTE, N.C.
NOV 29 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05cv374-MU

BELK ADMINISTRATION COMPANY,

Plaintiff,

vs.

JDA SOFTWARE, INC.,

Defendant.

**CONSENT PROTECTIVE ORDER**

The parties, through their counsel, having consented to the following order,

IT IS ORDERED that all discovery in this action shall be treated as confidential as between the parties and shall be used solely for purposes of this action; and

IT IS FURTHER ORDERED that the ultimate disposition of discovery materials produced in this action shall be determined by final order of this Court upon the conclusion of this action.

This 29 day of November, 2005.

_____
Graham C. Mullen
United States District Judge

CONSENTED TO:

_____
A. Ward McKeithen
Attorney for Plaintiff

_____
James C. Smith
Attorney for Defendant